IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD ALLAN SMITH                        PLAINTIFF

v.                 No. 3:19-cv-143-DPM-PSH

MARTY BOYD, Sheriff,
Craighead County Detention Center;
T. RAYMOND, Assistant Jail Administrator,
Craighead County Detention Center;
STERLING, Officer, Craighead County
Detention Center; KEITH HARRELL,
Supervisor/Administrator, Craighead
County Detention Center; RAIN, Officer,
Craighead County Detention Center;
POTTER, Officer, Craighead County
Detention Center; and KEITH BOWERS,
Officer, Craighead County Detention Center      DEFENDANTS

## ORDER

Unopposed partial recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Smith's claims against Sterling, Potter, and Rain are dismissed without prejudice for failure to state a claim.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 August 2019