# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RICHARD ALLAN SMITH                                              PLAINTIFF

v.                          No. 3:19-cv-143-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Center; T. RAYMOND, Assistant
Jail Administrator, Craighead County Detention
Center; KEITH HARRELL, Supervisor/
Administrator, Craighead County Detention
Center; and KEITH BOWERS, Officer,
Craighead County Detention Center                                DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 25. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 20, granted. Smith's remaining claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2019