# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RICHARD ALLAN SMITH                                        PLAINTIFF

v.                              No. 3:19-cv-143-DPM

MARTY BOYD, Sheriff, Craighead
County Detention Center;  T. RAYMOND,
Assistant Jail Administrator, Craighead
County Detention Center;  STERLING,
Officer, Craighead County Detention
Center;  KEITH HARRELL, Supervisor/
Administrator, Craighead County
Detention Center;  RAIN, Officer,
Craighead County Detention Center;
POTTER, Officer, Craighead County
Detention Center;  and KEITH BOWERS,
Officer, Craighead County Detention Center          DEFENDANTS

## JUDGMENT

Smith's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_19 November 2019_